1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SILVESTRE RAEL,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**ANDREW ZEPP, et al.,**<br><br>        **Defendants.** | **CASE NO. 1:21-cv-00810-AWI-EPG (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION TO DISMISS, AND DIRECTING CLERK TO CLOSE CASE**<br><br>(Doc. Nos. 5 & 7) |

Plaintiff Silvestre Rael is a state prisoner proceeding pro se in this action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On June 11, 2021, Plaintiff moved to voluntarily dismiss this action because it was "incorrectly filed in the wrong jurisdiction." Doc. No. 5 at 1. On June 14, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed, without prejudice to Plaintiff filing this action in state court," and that "[t]he Clerk of Court be directed to close this case." Doc. No. 7 at 2. Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 7) issued by the magistrate judge on June 14, 2021, are ADOPTED in full;
2. Plaintiff's motion to dismiss (Doc. No. 5) is GRANTED;
3. This action is DISMISSED, without prejudice to Plaintiff filing this action in state court; and
4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   July 30, 2021                                              ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                                      SENIOR DISTRICT JUDGE